UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAPAO HER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FIELD OFFICE DIRECTOR, SAN FRANCISCO FIELD OFFICE, et al.,<br><br>　　　　Respondents. | Case No. 23-cv-05723-RS (PR)<br><br>**ORDER OF DISMISSAL** |

Pursuant to petitioner's notice of voluntary dismissal, this action is DISMISSED WITHOUT PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  (Dkt. No. 9.)  The Clerk shall enter judgment in favor of respondents, and close the file.

**IT IS SO ORDERED.**

**Dated:** January 22, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge